CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
Amandas@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO FERNANDEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KATHLEEN M. MURPHY, in individual and representative capacity as trustee of The Murphy Family Living Trust, dated June 24, 1997;<br>STS KAF INC., a California Corporation<br><br>　　　　Defendants. | Case No.: 2:22-cv-02056-AB-MAA<br><br>**NOTICE OF SETTLEMENT** |

　　The plaintiff hereby notifies the court that a global settlement has been reached in the above-captioned case and the parties would like to avoid any additional expense, and to further the interests of judicial economy.

　　The plaintiff, therefore, applies to this Honorable Court to vacate all currently set dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to all parties will be filed within sixty days.

Dated: July 29, 2022　　　　　　　　CENTER FOR DISABILITY ACCESS

　　　　　　　　　　　　　　　　　　By: /s/ Amanda Seabock
　　　　　　　　　　　　　　　　　　　　Amanda Seabock
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff